UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GENE TORRES,

        Plaintiff(s),

    v.

SANTA ROSA MEMORIAL HOSPITAL,

        Defendant(s).

No. C-12-06364 DMR

**ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

    The court is in receipt of Plaintiff's request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for March 20, 2013 has been CONTINUED to **April 17, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 10, 2013.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: March 15, 2013

_____
DONNA M. RYU
United States Magistrate Judge