**Douglas C. Fladseth**   (Bar No. 083420)
**LAW OFFICE OF DOUGLAS C. FLADSETH**
1160 North Dutton Avenue, Suite 180
Santa Rosa, California 95401
Telephone: (707) 545-2600
Fax: (707) 545-0552
fladseth@aol.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHAEL JENE TORRES, JR. ROBERT SEXTON, Individually and as personal representative of the estate of MICHAEL JENE TORRES and ZENAIDA STILLEY, | Case No.  C 12-06364 PJH |
| | The Honorable Phyllis J. Hamilton |
| Plaintiffs, | NOTICE OF SETTLEMENT OF ENTIRE ACTION |
| vs. | |
| SANTA ROSA MEMORIAL HOSPITAL, ST. JOSEPH HEALTH SYSTEM, GLENN T. MEADE, M.D., DOE ER DOCTOR, DOE ER NURSING SUPERVISOR and DOES 1-100, | |
| Defendants. _____/ | |

TO THE COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that all parties have entered into settlement of the entire action. Plaintiffs anticipate the completion of the settlement documents and filing of a dismissal no later than November 1, 2013.

Dated: September 17, 2013          LAW OFFICES OF DOUGLAS C. FLADSETH


                                                      /s/Douglas C. Fladseth
                                                DOUGLAS C. FLADSETH
                                                Attorney for Plaintiffs

---

1

[NOTICE OF SETTLEMENT OF ENTIRE ACTION]                                                   C 12-06364 PJH